IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARINA KRISHMAR-JUNKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACTION: 1:23-00431-KD-B |
| | ) |
| KINGLINE EQIPMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge, (Doc. 15), made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(S), and dated April 17, 2024, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant Kingline Equipment, Inc.'s Motion to Dismiss, (Doc. 8), is **GRANTED in part** and **DENIED in part** as set out in the Magistrate Judge's Report and Recommendation, (Doc. 15). Plaintiff Krishmar-Junker shall amend the Complaint on or before **May 28, 2024**, to correct the deficiencies noted in the Report and Recommendation. As stated, "[t]he claims that are . . . dismissed with prejudice should not be included in an amended compliant." (Doc. 15 at 42 n.6).

**DONE** and **ORDERED** this the **13th** day of **May 2024.**

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE