IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARINA KRISHMAR-JUNKER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-00431-KD-B |
| | ) | |
| **KINGLINE EQUIPMENT, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the report and recommendation of the United States Magistrate Judge made under 28 U.S.C. § 636(b)(1) and S.D. Ala. GenLR 72(a)(2)(S) and dated December 17, 2024, (Doc. 24), is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendant's motion to dismiss, (Doc. 18), is **GRANTED in part and DENIED in part,** as follows:

I. **Count One**: Kingline's motion to dismiss Krishmar-Junker's amended complaint for lack of subject matter jurisdiction is **DENIED**; count one (negligence) remains pending;

II. **Count Two**: Kingline's motion to dismiss Krishmar-Junker's breach of contract claim is **GRANTED**, and Krishmar-Junker's claim in count two is **DISMISSED**;

III. **Count Three**: Kingline's motion to dismiss Krishmar-Junker's breach of express warranty claim is **GRANTED**, and Krishmar-Junker's claim in count three is **DISMISSED**;

IV. **Count Four**: Kingline's motion to dismiss Krishmar-Junker's claim for breach of the implied warranty of workmanship is **GRANTED**, and Krishmar-Junker's claim in count four is **DISMISSED**;

V.   **Count Five**: Kingline's motion to dismiss Krishmar-Junker's claim for breach of the implied warranty of merchantability is **GRANTED**, and Krishmar-Junker's claim in count five is **DISMISSED**;

VI.  **Count Six**: Kingline's motion to dismiss Krishmar-Junker's claim under the MMWA is **GRANTED**, and Krishmar-Junker's claim in count six is **DISMISSED**; and

VII. **Count Seven**: Kingline's motion to dismiss Krishmar-Junker's fraudulent misrepresentation claim is **GRANTED**, and Krishmar-Junker's claim in count seven is **DISMISSED**.

**DONE** and **ORDERED** this the **24th** day of **February 2025.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**