IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARINA KRISHMAR-JUNKER,           )<br>    Plaintiff,                                    )<br>                                                  )<br>v.                                               )   Civil Action No. 1:23-00431-KD-B<br>                                                  )<br>KINGLINE EQUIPMENT, INC.,           )<br>    Defendant.                                )   | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made,[1] the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(S) and dated May 8, 2025, (Doc. 53), is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiff/Counterclaim-Defendant Marina Krishmar-Junker's motion to dismiss Defendant/Counterclaim-Plaintiff Kingline Equipment, Inc.'s counterclaim, (Doc. 34), is **GRANTED in PART** and **DENIED in PART** as follows:

- Krishmar-Junker's motion to dismiss Kingline's counterclaims for lack of subject matter jurisdiction is **DENIED**

- Count One: Krishmar-Junker's motion to dismiss Kingline's quantum meruit counterclaim is **DENIED**.

- Count Two: Krishmar-Junker's motion to dismiss Kingline's breach of contract counterclaim is **DENIED**.

---

[1] The objector is reminded that the purpose of a motion to dismiss for failure to state a claim is to test the sufficiency of the claim—not to challenge the facts alleged based on a lack of evidence. See Arhtur R. Miller and A. Benjamin Spencer, Federal Practice and Procedure § 1356 (4th ed. 2025).

- Count Three: Krishmar-Junker's motion to dismiss Kingline's account stated counterclaim is **DENIED**.

- Count Four: Krishmar-Junker's motion to dismiss Kingline's unjust enrichment claim is **GRANTED**, and Kingline's counterclaim in Count Four is **DISMISSED without prejudice**.

**DONE** and **ORDERED** this **17th** day of **June 2025**.

      /s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**