IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **MARINA KRISHMAR-JUNKER** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-00431-KD-B |
| ) | |
| **KINGLINE EQUIPMENT, INC.,** ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff, MARINA KRISHMAR-JUNKER, and Defendant, KINGLINE EQUIPMENT, INC., by and through its undersigned counsel, and files this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii) and hereby stipulate that this action, including the parties and all their claims, counterclaims and causes of action, will be dismissed with prejudice and with each party bearing that party's own attorney's fees and costs.

Respectfully Submitted,

*/s/ Kristopher O. Anderson*
KRISTOPHER O. ANDERSON (AND112)

*/s/ John Parker Yates*
JOHN PARKER YATES (YAT010)

*/s/ Robert S. Walker*
ROBERT S. WALKER (WAL240)

YATES ANDERSON
4851 Wharf Parkway, Ste D-230
Orange Beach, AL 36561
(251) 406-2318
kris@yatesanderson.com

        parker@yatesanderson.com
        robert@yatesanderson.com



        */s/ Marina Krishmar-Junker (w/consent)*
        MARINA KRISHMAR-JUNKER, Pro Se
        17104 Crenshaw Blvd.
        Torrance, CA 90504
        (310) 345-7585


## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed with the Clerk of the court and furnished electronically via the CM/ECF Filing System, as well as via E-Mail, to the following on this 16th day of December, 2025:

Marina Krishmar-Junker
17104 Crenshaw Blvd.
Torrance, CA 90504
marikri@yahoo.com

        */s/ Robert S. Walker*